PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Houston_ DIVISION

_Anthony Everett Washington #2288192_
Plaintiff's Name and ID Number

_1300 FM 655 (Terrell Unit), Rosharon, TX 77583_
Place of Confinement
_Melissa Fowlkes  2424 Sakowitz #202_
_Houston, Texas 77020_

United States Courts
Southern District of Texas
FILED

MAY 1 2020

David J. Bradley, Clerk of Court

CASE NO. _____
(Clerk will assign the number)

v.

_Harris County Patrol Security Division  11500 Northwest Fwy, Suite 200, Houston, TX 77092_
Defendant's Name and Address

_Harris County Security Division  925 Aldine Bender Rd. Houston, TX 77060_
Defendant's Name and Address

_Harris County Security Employee Rosa Contreras (Jane Doe)  11500 Northwest Fwy Suite 200 Houston, TX 77092_
_925 Aldine Bender Rd._
_Houston, TX 77060_
Defendant's Name and Address
( DO NOT USE "ET AL.")  _(See Attach Page)_

INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

V.

CITY OF HOUSTON POLICE CHIEF ART ACEVEDO
1200 TRAVIS
HOUSTON, TEXAS 77002


CITY OF HOUSTON POLICE OFFICER (JOHN DOE)
1200 TRAVIS
HOUSTON, TEXAS 77002


JEREMIAH YUTLY
(ADDRESS UNKNOWN)
c/o DISTRICT ATTORNEY
KIM OGG

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
       1. Approximate date of filing lawsuit: _____None_____

       2. Parties to previous lawsuit:
          Plaintiff(s)_____None_____
          Defendant(s)_____None_____
       3. Court: (If federal, name the district; if state, name the county.) _____None_____
       4. Cause number: _____None_____
       5. Name of judge to whom case was assigned: _____None_____
       6. Disposition: (Was the case dismissed, appealed, still pending?) _____None_____
       7. Approximate date of disposition: _____None_____

II. PLACE OF PRESENT CONFINEMENT: 1300 FM 655 (Terrell Unit), Rosharon, TX 77583

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___YES ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Harris County Patrol Security Division 11500 N.W. Fwy. Ste. 200 Houston, TX. 77092, Harris County Security Division 925 Aldine Bender Rd. Houston, TX. 77060, Harris County Security Employee Rosa Contreras (Jane Doe) Addresses Above. City of Houston Police Chief Art Acevedo 1200 Travis Houston, TX 77002. City Police Officer (John Doe) 1200 Travis Houston, TX 77002. Jeremiah Yutzy

B. Full name of each defendant, his official position, his place of (Address unknown) c/o District employment, and his full mailing address.  Attorney Kim Ogg

Defendant #1: Harris County Patrol Security Division 11500 Northwest Fwy. Suite 200, Houston, Texas 77092

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
SEE ATTACHMENT DEFENDANTS 1-6 NEXT PAGE

Defendant #2: Harris County Security Division, 925 Aldine Bender Rd. Houston, Texas 77060

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
SEE ACT or omission of Defendants 1-6 NEXT PAGE

Defendant #3: Harris County Security Employee Rosa Contreras (Jane Doe) 11500 N. West Fwy. Suth. 200, Houston, TX 77092; 925 Aldine Bender Rd. Houston, TX 77060

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
SEE ACT or omission of Defendant 1-6 NEXT PAGE

Defendant #4: City of Houston Police Chief Art Acevedo 1200 Travis Houston, Texas 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
SEE ACT or omission of Defendant 1-6 NEXT PAGE

Defendant #5: City of Houston Police Officer (John Doe) 1200 Travis Houston, Texas 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
SEE ACT or omission of Defendant 1-6 NEXT PAGE

Defendant #6 Jeremiah Yutzy (Address unknown) c/o District Attorney (SEE 1-6) NEXT PAGE   Kim Ogg

3

## ACT(S) OR OMISSION(S) OF DEFENDANTS

**DEFENDANT #1** HARRIS COUNTY PATROL SECURITY IS RESPONSIBLE FOR THE OPERATION, POLICY AND TRAINING OF ITS EMPLOYEES.

HARRIS COUNTY PATROL SECURITY FAILED TO PROPERLY TRAIN SECURITY EMPLOYEE ROSA CONTRERAS (JANE DOE) IN THE USE OF CHIMICAL RESTRAINT PEPPER MACE WHICH CAUSED INJURY TO PLAINTIFF FACE AND EYES ON 5-25-2018.

**DEFENDANT #2** HARRIS COUNTY SECURITY DIVISION IS RESPONSIBLE FOR THE OPERATION, POLICY AND TRAINING OF ITS EMPLOYEES.

HARRIS COUNTY SECURITY DIVISION FAILED TO PROPERLY TRAIN SECURITY EMPLOYEE ROSA CONTRERAS (JANE DOE) IN THE USE OF CHIMICAL RESTRAINT PEPPER MACE WHICH CAUSED INJURY TO PLAINTIFF FACE AND EYES ON 5-25-2018.

**DEFENDANT #3** HARRIS COUNTY SECURITY PATROL DIVISION EMPLOYEE ROSA CONTRERAS (JANE DOE). INTENTIONALLY AND DELIBERATELY ASSAULTED PLAINTIFF WITH CHIMICAL RESTRAINT PEPPER MACE. CAUSING INJURY TO PLAINTIFF FACE AND EYES ON 5-25-2018.

HARRIS COUNTY SECURITY PATROL DIVISION EMPLOYEE ROSA CONTRERAS FURTHER CAUSED RECKLESS LIFE ENDANGERMENT TO THE LIFE OF PLAINTIFF MELISSA FOWLERS WHO IS A MHMR PATIENT, AND WAS TRYING TO COMMITT SUICIDE ON 5-25-2018. SECURITY EMPLOYEE ROSA CONTRERAS (JANE DOE) MADE A THREAT TO MELISSA FOWLERS ON 5-28-2018. DEFENDANT ROSA CONTRERAS THREATEN TO SHOOT PLAINTIFF ANTHONY WASHINGTON.

1 of 2

DEFENDANT #4 CITY OF HOUSTON POLICE CHIEF ART ACEVEDO IS RESPONSIBLE FOR THE OPERATION, POLICY AND TRAINING OF ITS EMPLOYEES. WHICH CAUSED PLAINTIFF SUFFERING SUFFOCATING IN THE BACK SEAT OF A HEATED POLICE VEHICLE WHILE PLAINTIFF HAD PEPPER MACE ON FACE, EYES AND BODY ON 5-25-2018

DEFENDANT #5 CITY OF HOUSTON POLICE OFFICER (JOHN DOE). INTENTIONALLY AND DELIBERATELY CAUSED PLAINTIFF SUFFERING AND SUFFOCATING. BY PLACING PLAINTIFF INSIDE VEHICLE ROLLING THE WINDOWS UP AND TURNING THE HEAT UP HIGH. LEAVING PLAINTIFF INSIDE AFTER BEING PEPPER SPRAYED WITH CHEMICAL MACE. CAUSING BURNING TO PLAINTIFF FACE, EYES AND BODY ON 5-25-2018.

CITY OF HOUSTON POLICE OFFICER (JOHN DOE) FURTHER ARRESTED AND JAILED PLAINTIFF ON FALSE CHARGES FOR 3 DAYS WHICH OFFICER (JOHN DOE) KNEW WAS FALSE ON 5-25-2018.

DEFENDANT #6 JEREMIAH YUTZY ASSAULTED, FILED A FALSE POLICE REPORT AND CAUSED INJURY TO PLAINTIFF BY INTERFERING WITH A PUBLIC SERVANT DUTY.

JEREMIAH YUTZY FURTHER CAUSED RECKLESS LIFE ENDANGERMENT TO THE LIFE OF PLAINTIFF MELISSA FOWLERS WHO IS A MHMR PATIENT, AND WAS TRYING TO COMMITT SUICIDE ON 5-25-2018

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ON OR ABOUT MAY 25, 2018. PLAINTIFF ANTHONY WASHINGTON AND PLAINTIFF MELISSA FOWLERS WAS HELPING CLEAN SUBWAY AT 401 MAIN AND PRESTON DOWNTOWN AROUND 5 PM. WHEN PLAINTIFF ANTHONY WASHINGTON TOLD PLAINTIFF MELISSA FOWLERS THAT PLAINTIFF WAS BREAKING THE RELATIONSHIP OFF BETWEEN THEM. PLAINTIFF MELISSA FOWLERS WHO IS A MHMR PATIENT AN BEEN OFF MEDICATION FOR A COUPLE MONTHS, AND HAD RECENTLY BEEN CUTTING ON HER ARM. PLAINTIFF MELISSA FOWLERS RUN OUT THE DOOR OF SUBWAY SCREAMING SHE THE PLAINTIFF MELISSA FOWLERS WAS GOING TO KILL HERSELF. PLAINTIFF ANTHONY WASHINGTON RUN OUT THE SUBWAY DOOR BEHIND PLAINTIFF MELISSA FOWLERS. FEARING FOR THE PLAINTIFF MELISSA FOWLERS SAFETY. PLAINTIFF ANTHONY WASHINGTON CAUGHT UP WITH PLAINTIFF MELISSA FOWLERS, BOTH (SEE ATTACH PAGE)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiffs's seeking compensatory damages and punitive damages.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Anthony Eulett Washington

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

324849, 358734, 617326, 1631165, 2288192, (12-?) UNKNOWN

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): NONE
2. Case number: NONE
3. Approximate date sanctions were imposed: NONE

4

PLAINTIFF'S ANTHONY WASHINGTON AND MELISSA FOWLERS WAS AT THE ADMINISTRATION BLDG. DOWNTOWN AT THE CORNER OF PRESTON AND FANNIN STREET. PLAINTIFF ANTHONY WASHINGTON WAS HOLDING PLAINTIFF MELISSA FOWLERS TRYING TO TALK PLAINTIFF MELISSA FOWLERS OUT OF HURTING HERSELF.

PLAINTIFF ANTHONY WASHINGTON NOTICE A FLASHLIGHT WIGGLING BACK AND FORTH COMING FROM HARRIS COUNTY SECURITY EMPLOYEE DEFENDANT ROSA CONTREAS (JANE DOE). DEFENDANT ROSA CONTREAS (JANE DOE) WAS WORKING THE COUNTY DRUG SCREENING AND LAW FIRM OFFICE BUILDING AT THE CORNER OF FANNIN AND PRESTON ACROSS FROM THE ADMINISTRATION BLDG. PLAINTIFF ANTHONY WASHINGTON STARTED WAVING DEFENDANT ROSA CONTREAS (JANE DOE) OVER TOWARDS PLAINTIFF ANTHONY WASHINGTON AND PLAINTIFF MELISSA FOWLERS.

DEFENDANT ROSA CONTREAS (JANE DOE) APPROCHED PLAINTIFF ANTHONY WASHINGTON AND PLAINTIFF MELISSA FOWLERS. PLAINTIFF ANTHONY WASHINGTON INFORMED DEFENDANT ROSA CONTREAS (JANE DOE) THAT PLAINTIFF MELISSA FOWLERS WAS TRYING TO HURT HERSELF OR COMMITT SUICIDE, AND PLAINTIFF ANTHONY WASHINGTON WAS TRYING TO GET PLAINTIFF MELISSA FOWLERS TO A HOSPITAL. PLAINTIFF ANTHONY WAS TALKING TO DEFENDANT ROSA CONTREAS (JANE DOE). PLIANTIFF ANTHONY WASHINGTON NOTICE DEFENDANT JEREMIAH YUTZY RUNNING TOWARDS PLAINTIFF ANTHONY WASHINGTON, PLAINTIFF MELISSA FOWLERS AND DEFENDANT

## STATEMENT OF CLAIM

Rosa Contreas (Jane Doe) in a attempt to attack Plaintiff Anthony Washington. Plaintiff Anthony Washington turned around and put back to Plaintiff Melissa Fowlers. Plaintiff Anthony Washington explained to Defendant Jeremiah Yutzy of Plaintiff Anthony Washington intentions of getting Plaintiff Melissa Fowlers to a hospital because Plaintiff Melissa Fowlers was trying to committ suicide.

Plaintiff Melissa Fowlers push Plaintiff Anthony Washington aside and started running down Preston back towards Main Street. Plaintiff Melissa Fowlers headed towards the U of H Downtown Bayou.

Plaintiff Anthony Washington fearing for Plaintiff safety, made a attempt to go after Plaintiff Melissa Fowlers. Defendant Jeremiah Yutzy jumped in front of Plaintiff Anthony Washington blocking Plaintiff Anthony Washington path of going after Plaintiff Melissa Fowlers. Plaintiff Anthony Washington made a couple attempts to go around Defendant Jeremiah Yutzy.

Defendant Jeremiah Yutzy pushed pushed Plaintiff Anthony Washington into the Administration Bldg. wall. A fight broke out between Plaintiff Anthony Washington and Defendant Jeremiah Yutzy.

2 of 5

~~CONT. STATEMENT OF FACTS~~

DEFENDANT ROSA CONTRERAS (JANE DOE) REACHED AROUND PLAINTIFF ANTHONY WASHINGTON AND PEPPER SPRAYED PLAINTIFF ANTHONY IN THE FACE AND EYES.

PLAINTIFF ANTHONY WASHINGTON BACKED AWAY FROM DEFENDANT SECURITY EMPLOYEE ROSA CONTRERAS (JANE DOE). PLAINTIFF ANTHONY WASHINGTON WENT BACK TOWARDS SUBWAY AND WENT INSIDE. SUBWAY EMPLOYEES ALLIE (JANE DOE) AND JOYCE (JANE DOE) CAME FROM BEHIND THE COUNTER OF SUBWAY AN ASK PLAINTIFF ANTHONY WASHINGTON WHAT WAS WRONG, BECAUSE PLAINTIFF ANTHONY WASHINGTON WAS HOLDING HIS EYE. PLAINTIFF ANTHONY WASHINGTON EXPLAINED TO ALLIE (JANE DOE), JOYCE (JANE DOE), AND DOWNTOWN CITY SUPERVISOR CONTROLLER XAVIER FLUCHER WHAT HAPPEN. AFTER ALLIE (JANE DOE) AND JOYCE (JANE DOE) WENT TO LOOK FOR PLAINTIFF MELISSA FOWLERS. PLAINTIFF ANTHONY WASHINGTON CAME OUT OF SUBWAY IN A ATTEMPT TO HELP LOCATE PLAINTIFF MELISSA FOWLERS.

DEFENDANT JEREMIAH YUTZY GRABBED PLAINTIFF ANTHONY WASHINGTON AND STARTED TUSSLING WITH PLAINTIFF ANTHONY WASHINGTON. AFTER PLAINTIFF ANTHONY WASHINGTON STOP TUSSLING WITH DEFENDANT JEREMIAH YUTZY. PLAINTIFF ANTHONY WASHINGTON ASK DEFENDANT SECURITY EMPLOYEE ROSA CONTRERAS (JANE DOE) FOR HER NAME AND COMPANY DEFENDANT ROSA CONTRERAS (JANE DOE) WORK FOR. DEFEND-

ANT ROSA CONTRERAS (JANE DOE) REACH UP INTENTIONALLY AND DELIBERATELY ASSAULTING PLAINTIFF ANTHONY WASHINGTON WITH PEPPER SPRAY MACE A SECOND TIME. CAUSING PLAINTIFF ANTHONY WASHINGTON FURTHER INJURY TO PLAINTIFF ANTHONY WASHINGTON.

PLAINTIFF ANTHONY WASHINGTON LATER RECIEVED MEDICAL ATTENTION FROM 911. WHEREAS THE PLAINTIFF ANTHONY WASHINGTON EYES WAS FLUSHED OUT WITH WATER.

PLAINTIFF ANTHONY WASHINGTON WAS PLACED IN THE BACK SEAT OF DEFENDANT OFFICER (JOHN DOE) VEHICLE. DEFENDANT OFFICER (JOHN DOE) ROLLED THE WINDOWS UP, TURNED UP THE HEAT AND LEFT DEFENDANT OFFICER (JOHN DOE) VEHICLE. LEAVING PLAINTIFF ANTHONY WASHINGTON INSIDE. DEFENDANT OFFICER (JOHN DOE) INTENTIONALLY DELIBERATELY CAUSE PLAINTIFF SUFFERING AND SUFFOCATING. PLAINTIFF FURTHER CAUSE THE BURNING TO PLAINTIFF ANTHONY WASHINGTON EYES BY RE-ACTIVATING CHIMICAL FROM THE MACE SPRAY, BY TURNING THE HEAT ON IN HIS VEHICLE. PLAINTIFF ANTHONY WASHINGTON STARTED KICKING THE WINDOW INSIDE THE DEFENDANT OFFICER (JOHN DOE) VEHICLE. CITY SUPERVISOR CONTROLLER XAVIER FLUCHER AND SUBWAY SECURITY EMPLOYEE L.T. (JOHN DOE) STARTED POINTING TOWARDS OFFICER DEFENDANT (JOHN DOE) VEHICLE AFTER SEEING PLAINTIFF ANTHONY WASHINGTON KICKING INSIDE. OFFICER DEFENDANT (JOHN DOE) CAME BACK TO DEFENDANT VEHICLE SAID QUOTE " OH MY BAD. DEFENDANT OFFICER (JOHN DOE) EXIT HIS VEHICLE AN GOT A STATEMENT FROM DEFENDANT ROSA CONTRERAS (JANE DOE) AND DEFENDANT JEREMIAH YUTZY WHICH WAS FALSE. PLAINTIFF WAS THEN JAILED AT MYKAWA JAIL ON FALSE CHARGES

FOR 3 DAYS BEFORE BEING RELEASE ON A P.R. BOND. PLAINTIFF ANTHONY WASHINGTON WAS RELEASE FROM JAIL ON OR MAY 28, 2018. PLAINTIFF ANTHONY WASHINGTON WAS TREATED AT MEMORIAL HERMANN HOSPITAL UPON PLAINTIFF ANTHONY WASHINGTON RELEASE FROM JAIL.

ON OR MAY 27th PLAINTIFF MELISSA FOWLER APPROCH DEFENDANT ROSA CONTRLAS (JANE DOE) AN ASK DEFENDANT ROSA CONTRLAS HER NAME. DEFENDANT ROSA CONTRLAS TOLD PLAINTIFF MELISSA FOWLER. QUOTE "THIS TIME I SPRAY HIM, NEXT TIME I SHOOT HIM."

DECLARATION: I declare under the penalty of perjury that the above STATEMENT OF CLAIM IS TRUE AND CORRECT.

DATE 4-23-2020

Anthony Washington #2288192
Applicant Signature

Anthony Washington #2288192
Printed Name

5 of 5

4. Have the sanctions been lifted or otherwise satisfied? \_\_\_\_YES ✓NO

C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): *None*
2. Case number: *None*
3. Approximate date warning was issued: *None*

Executed on: _____
DATE

*Anthony Everett Washington #2288192*
*Anthony Everett Washington #2288192*
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this \_\_\_23rd\_\_\_ day of \_\_\_APRIL\_\_\_, 20 \_20\_.
(Day)           (month)           (year)

*Anthony Everett Washington #2288192*
*Anthony Everett Washington #2288192*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

UNITED STATES DISTRICT COURT CLERK
P.O. Box 61010
Houston, Texas 77208

DEAR CLERK,

PLEASE FIND ENCLOSED A COPY OF THE ORIGINAL COMPLAINT. 1983 FORM FILED AGAINST DEFENDANTS 1-6. THANK YOU FOR YOUR ATTENTION IN THIS MATTER.

RESPECTFULLY,

Anthony Everett Washington 2288192

DATE 4-23-2020

ANTHONY EVERETT WASHINGTON #2288192
1300 FM 655 (TERRELL UNIT)
ROSHARON, TEXAS 77583

CC: FILE
U.S.D.C.